UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE MAUREEN MARCISZ,

    Plaintiff,

v.                                                                            Case No. 6:18-cv-2088-Orl-37LRH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this social security appeal, Plaintiff seeks review of the Commissioner of Social Security's ("**Commissioner**") decision to deny her disability benefits. (Doc. 1.) Plaintiff argues the Administrate Law Judge ("**ALJ**") erred by: (1) failing to assign significant weight to portions of Plaintiff's treating physician's opinion; (2) failing to include all Plaintiff's functional limitations in hypothetical questions posed to the vocational expert; and (3) failing to offer specific reasons for credibility determinations. (Doc. 22, pp. 11–16, 21–26, 28–30.) On referral, United States Magistrate Judge Leslie R. Hoffman recommends affirming the Commissioner's decision because the ALJ applied the correct legal standard and the decision was supported by substantial evidence. (Doc. 23 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the

Court concludes the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 23) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Michelle Maureen Marcisz and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 13, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record